# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTA SEMICONDUCTOR LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC., et al.,<br><br>    Defendants. | Case No.: 8:14-CV-01693-AG-JCG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE FOR DEFENDANT MARVELL SEMICONDUCTOR, INC.** |

## ORDER OF DISMISSAL WITH PREJUDICE FOR DEFENDANT MARVELL SEMICONDUCTOR, INC.

On this day, Plaintiff SOTA Semiconductor LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Marvell Semiconductor, Inc. ("Marvell") announced to the Court that they have resolved Plaintiff's claims for relief against Marvell asserted in this case and Marvell's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Marvell have therefore requested that the Court dismiss Plaintiff's claims for relief against Marvell with prejudice and Marvell's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Marvell are dismissed with prejudice and Marvell's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: January 20, 2015

_____

U.S. District Judge Andrew J. Guilford